

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2022

No. 04-22-00410-CV

**ALL OCCUPANTS**,
Appellant

v.

**V&S TOTAL TRADE, LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2022CV01033
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Pending before the court in cause number 04-22-00409-CV is Appellant Jim Kirkland's motion to consolidate and accompanying request for an extension of time to file the appellant's brief. Appellant Jim Kirkland asserts that cause numbers 04-22-00409-CV and 22-00410-CV are companion cases and should be consolidated. As stated in the court's December 2, 2022 order under 04-22-00409-CV, Appellant Jim Kirkland's motion to consolidate is being held under advisement with time for Appellee to file a response, if desired, by December 7, 2022. To allow time to resolve the motion to consolidate cause numbers 04-22-00409-CV and 22-00410-CV, the due date for the appellant's brief in 22-00410-CV is extended to January 5, 2023.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court